UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DENISE J. JOHNSON                                                                                          PLAINTIFF

v.                                          No. 2:23-cv-2084

MARK WITCHER
(Dollar General Manager) and
DOLLAR GENERAL                                                                                         DEFENDANTS

## ORDER

The Court has received a report and recommendation ("R&R") (Doc. 9) from Chief United States Magistrate Judge Mark E. Ford. Following preservice screening under 28 U.S.C. § 1915A, the Magistrate Judge recommends that Plaintiff's civil rights action under 42 U.S.C. § 1983 be dismissed for failure to state a claim upon which relief may be granted. The deadline for objections to the R&R has passed. Plaintiff did not file any objections, but instead filed an amended complaint. The amended complaint (Doc. 10) does not cure the deficiency identified by the R&R in Plaintiff's original complaint (Doc. 1), which is that she is attempting to bring a claim against private entities under 42 U.S.C. § 1983 and the Religious Land Use and Institutionalized Persons Act of 2000, even though those statutes only authorize claims against state actors. The Court has conducted a *de novo* review of the R&R, Plaintiff's original complaint, and Plaintiff's amended complaint. 28 U.S.C. § 636(b)(1)(C). The R&R is correct and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Plaintiff's claims are DISMISSED WITHOUT PREJUDICE. Judgment will be entered accordingly.

IT IS SO ORDERED this 7th day of August, 2023.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE